**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:94CR17-1-RLV
3:08CR262-2-C**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CHRISTOPHER THOMAS BLEVINS** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Continue and to Transfer and Join the above-referenced matters for sentencing.  The Court finds that the interests of justice and judicial economy warrant the consolidation of these matters.

**IT IS, THEREFORE, ORDERED** that the above captioned cases be consolidated. Docket No. 5:94CR17-1-RLV is hereby transferred to the Honorable Robert J. Conrad, Jr. to be consolidated with Docket No. 3:08CR262-2-C for sentencing purposes. **IT IS FURTHER ORDERED** that Docket No. 5:94CR17-1-RLV Supervised Release Hearing is continued.

Signed: March 24, 2009

Richard L. Voorhees
United States District Judge